JOSEPH THELAMAQUE *v.* COMMISSIONER OF
CORRECTION
(AC 27066)

Flynn, C. J., and DiPentima and Lavine, Js.

Argued December 12, 2006—officially released January 2, 2007

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* TELLY TROY SMITH
(AC 27682)

Flynn, C. J., and Schaller and Gruendel, Js.

Argued December 11, 2006—officially released January 30, 2007

Per Curiam. The judgment is affirmed.

CHARLES MITCHELL *v.* COMMISSIONER OF
CORRECTION
(AC 27242)

DiPentima, Gruendel and Rogers, Js.

Argued January 3—officially released January 30, 2007

Per Curiam. The appeal is dismissed.